UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| James G. Franke,<br>*and all others similarly situated* | Civil No. 07-3990 PAM/JSM |
| Plaintiff, | |
| v. | **ORDER** |
| Poly-America Medical and Dental<br>Benefits Plan, | |
| Defendant. | |

-------------------------------------------------------------------------

Upon the request of Plaintiff's counsel, the deadline for Rule 26(a)(1) Initial Disclosures of April 1, 2008 is extended. The Rule 26 disclosures shall be due 10 days from entry of Magistrate Mayeron's ruling on the Motion to Stay the District Court proceedings.

Dated: March 31, 2008

 s/Paul A. Magnuson
Paul A. Magnuson, Judge
United States District Court